JULIUS J. HERTZ, Respondent, v. NEW YORK YELLOW CAB CO. SALES AGENCY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BETTY NALLY WIDMER, Respondent, v. GEORGE ELLIS WIDMER, Appellant.— Order modified by reducing the amount the defendant is directed to pay to the plaintiff as and for counsel fee to the sum of $500, and as so modified affirmed, without costs.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CUSHMAN'S SONS, INC., Respondent, v. PROSPER GOETFERT, Individually, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NAN SCULLY, Respondent, v. BONWIT TELLER & CO., Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of vacating the examination of defendant as to item 2 of the notice of examination before trial.  The date for the examination to proceed to be fixed in the order.  No opinion.  Settle order on notice.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAE BLANK, Respondent, v. PATRICK O'GRADY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted on payment of the taxable costs of the action and ten dollars motion costs.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ELIZABETH G. SCHMID, Deceased Trustee of Trust Estate under Will of MARIE KLEMANN, Deceased, by WILLIAM SCHMID and Another, as Administrators of the Said ELIZABETH G. SCHMID, Deceased.— Order affirmed, with costs.  No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN R. JONES, Respondent, v. MARGARET M. RUTH, as Administratrix, etc., of JOHN J. RUTH, Deceased, Appellant.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of MEYER BOSNIAK, Appellant, for an Order Directing that Arbitration Proceed, etc., between Petitioner and SAMUEL HOROWITZ and Another, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM FISCHBERG, Respondent, v. DANIEL COHEN, Defendant, Impleaded with NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.